UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ERNIE HAIRE FORD, INC.,
        Plaintiff,

-vs-                                    Case No. 6:07-cv-288-Orl-28DAB

UNIVERSAL UNDERWRITERS
INSURANCE COMPANY,
        Defendant.
_____

# ORDER

This case is before the Court on Plaintiffs' Renewed Motion for Attorney's Fees and Costs and Request for an Evidentiary Hearing (Doc. No. 150) filed June 23, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be denied without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed August 14, 2009 (Doc. No. 158) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiffs' Renewed Motion for Attorney's Fees and Costs (Doc. No. 150) is **DENIED without prejudice.**

DONE and ORDERED in Chambers, Orlando, Florida this 2nd day of September, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party